IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| DAVID CANADA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 25-1036-STA-cgc |
| ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE ON SECTION 405(g) REVIEW OF THE COMMISSIONER'S FINAL DECISION DENYING APPLICATION FOR DISABILITY INCOME BENEFITS**

On February 24, 2026, Magistrate Judge Charmaine G. Claxton filed her Report and Recommendation recommending that the Court remand this action pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings as set forth in her report. (ECF No. 18.) No objections have been filed within the requisite time. The Court has reviewed the Magistrate Judge's Report and Recommendation and the entire record and finds that it should be **ADOPTED** in its entirety. The Court finds that Magistrate Judge Claxton evaluated the facts and the law and addressed all of the parties' arguments correctly.

Therefore, this matter is hereby **REVERSED** and **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for further consideration of whether Plaintiff meets the criteria of Listing 12.15 and for further consideration of his residual functional capacity.

The Clerk of the Court is **DIRECTED** to enter judgment in accordance with this order.

**IT IS SO ORDERED.**

                                                     **s/ S. Thomas Anderson**
                                                     S. THOMAS ANDERSON
                                                     UNITED STATES DISTRICT JUDGE

                                                     Date: March 11, 2026